UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re St. MICHAEL DOC BALZARINI, | No. C 12-1023 PJH (PR) |
| Plaintiff. | **ORDER OF DISMISSAL** |

This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope. These notices were returned as undeliverable because of an error in plaintiff's CDC number. The clerk then reissued the notices. These were not returned.

After the second set of notices were sent, plaintiff filed a letter in which he asks for copies, and complains that inmates' letters to the prison medical system received are often returned. He does not contend that he needs the copies to file a complaint. He has not filed a complaint or an application to proceed IFP. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 23, 2012.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.12\BALZARINI1023.DSM.wpd